[No. 6315. Decided November 9, 1906.]

R. F. COATES et al., *Respondents*, v. C. K. McCOY, *Appellant*.[3]

Appeal from a judgment of the superior court for King county, Griffin, J., entered March 26, 1906. Affirmed.

*E. A. Vinsonhaler*, for appellant.

*Higgins & Hall*, for respondents.

[1]Reported in 86 Pac. 1125.
[2]Reported in 87 Pac. 360.
[3]Reported in 87 Pac. 1150.

PER CURIAM.—This case, being in equity, was tried by the court, who found in favor of the plaintiff, and awarded judgment accordingly.

We have examined the record in detail, and have concluded that the findings of the court are amply justified by the testimony, and that the conclusions of law were justified by the findings. The judgment is therefore affirmed.